# Unsworn Affidavit of Service

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

     I, Rita D. Lorey, declare under penalty of perjury that on December 13, 2017, I mailed copies of the attached **Summons and Adversary Complaint** first class mail, postage prepaid, to the entity named below at the address stated below:

 Eric Michael Dobrava
 11614 Emerson Avenue SW
 Waverly, MN  55390-8611

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on:  December 13, 2017        Signed: /e/ Rita D. Lorey
                                                       Rita D. Lorey
                                                       Foley & Mansfield, PLLP
                                                       250 Marquette Avenue, Suite 1200
                                                       Minneapolis, MN 55401