UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Eric Michael Dobrava,

    Debtor.

Helmet Nyanti,

    Plaintiff,

vs.

Eric Michael Dobrava,

    Defendant.

**AMENDED ORDER FOR TRIAL**

BKY NO. 17-42026

ADV NO. 17-04146

**IT IS ORDERED:**

This proceeding is set for trial in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on **July 24, 2018 at 9:00 a.m.**

Dated: May 8, 2018

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/08/2018*
Lori Vosejpka, Clerk, by LH