# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Case No.: 17-42026-KHS |
| Eric Michael Dobrava, | Chapter 7 |
| Debtor. | |
| Helmet Nyanti, | |
| Plaintiff, | |
| vs. | Adversary No.: 17-4146-KHS |
| Eric Michael Dobrava, | |
| Defendant. | |

**PLAINTIFF HELMET NYANTI'S AMENDED NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT**

TO: Defendant Eric Michael Dobrava and his attorneys of record, Timothy J. Grande, 2100 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402, and Charles E. Paschke, P.O. Box 189, Howard Lake, MN 55349:

## AMENDED NOTICE OF HEARING

Please take notice that the hearing on Plaintiff Helmet Nyanti's Motion for Summary Judgment will be heard on September 18, 2018, at 9:00 a.m. before the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, Courtroom No. 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, or as soon thereafter as counsel can be heard.

600140 v1

Dated: August 2, 2018                  **FOLEY & MANSFIELD, PLLP**

                 BY: *s/ Cameron A. Lallier*
                       Cameron A. Lallier (#0393213)
                       clallier@foleymansfield.com
                       Cha Xiong (#0398253)
                       cxiong@foleymansfield.com
                       250 Marquette Avenue
                       Suite 1200
                       Minneapolis, MN  55401
                       Telephone:  (612) 338-8788

                       **ATTORNEYS FOR PLAINTIFF HELMET NYANTI**